# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON O'NEILL,<br><br>                    Plaintiff,<br><br>  vs.<br><br>KNOLL, INC., ROBERTO ARDAGNA, ANDREW B. COGAN, DANIEL W. DIENST, STEPHEN F. FISHER, JEFFREY A. HARRIS, JEFFREY ALAN HENDERSON, RONALD R. KASS, CHRISTOPHER G. KENNEDY, JOHN F. MAYPOLE, SARAH E. NASH, and STEPHANIE STAHL,<br><br>                    Defendants. | Case No. 1:21-cv-12741 |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Shannon O'Neill ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: January 18, 2022

                                          **WEISSLAW LLP**

                                          By: */s/ Mark D. Smilow*
                                               Mark D. Smilow
                                               Richard A. Acocelli (to be admitted *pro hac vice*)
                                               1500 Broadway, 16th Floor
                                               New York, NY  10036
                                               Telephone: 212/682-3025
                                               Facsimile:  212/682-3010

                                               *Attorneys for Plaintiff*

1